```
 1  FRIEND & WALTON
    A PROFESSIONAL LAW CORPORATION
 2  RANDALL K. WALTON, ESQ.  (SBN: 155175)
    ANN MARIE FRIEND, ESQ.   (SBN: 173473)
 3  P.O. Box 830
    Modesto, California 95353-0830
 4  Telephone: (209) 238-0946
    Facsimile: (209) 238-0953
 5

 6  Attorneys for Debtors,
    Ramon Jr. & Sherice Ramirez
 7
```

FILED
March 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002471331

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| IN RE: | Case No.: 10-90695 |
|---|---|
| | Chapter: 7 |
| Ramon Ramirez Jr. | DC No.: FW:01 |
| Sherice Ramirez | |
| | Date: April 7, 2010 |
| Debtor. | Time: 10:00 a.m. |
| | Place: 1200 I Street |
| | Suite 4 |
| | Modesto, CA |

## MOTION TO ABANDON PERSONAL PROPERTY - DEBTOR'S BUSIENSS

Debtors, Ramon Jr. & Sherice Ramirez, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors' business – a sole proprietorship known as "Marz Salon" for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated:    3-8-10

                    FRIEND & WALTON
                    A PROFESSIONAL LAW CORPORATION


                    /s/ Randy K. Walton Esq
                    RANDALL K. WALTON, ESQ., Attorney for
                    debtor, Ramon Jr. & Sherice Ramirez

Motion to Avoid Lien

1